IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____ DIVISION

RECEIVED
CLERK'S OFFICE
2014 MAR -3 PM 3:38
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

## QUESTIONNAIRE FOR PRISONERS PROCEEDING PRO SE UNDER 42 U.S.C. §1983

Ms. Belle
Ms. Warrell
Ms. Register and Ms Bullard
Mr. Laran Denard Towles
(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF):

Plaintiff(s)

VS.

Ms. Smith Superintendant
M. Foster (Counciler)

(NAME OF EACH DEFENDANT)

Defendant(s)

CIVIL ACTION NO. 5:14-CV-089

### I. GENERAL INFORMATION

1. Your full name and prison number  Laran Denard Towles 801902

2. Name and location of prison where you are now confined _____

3. Sentence you are now serving (how long?)  15 years do 8

   (a) What were you convicted of?  Agrivated Assault

   (b) Name and location of court which imposed sentence  Bibb County Superior Court

   (c) When was sentence imposed?  7-12-10

   (d) Did you appeal your sentence and/or conviction?  ☐ Yes  ☒ No

   (e) What was the result of your appeal?  N/A

   (f) Approximate date your sentence will be completed  7-13-17

7. In what other institutions have you been confined? Give dates of entry and exit.

Roger State Prison

## IV. PARTIES TO THIS LAWSUIT

8. List the name and address of each plaintiff in this lawsuit.

Laran Towles - Autry State Prison - 3178 Mount Zion Church Rd - P.O. Box 648 - Pelham, Ga 31779

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Ms. Smith Superintendant
Ms. Foster Counciler
Macon Transitional Center

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

   Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT! If the court needs additional information from you, you will be notified.

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Ms. Register, Ms. Belte, and Ms. Warrells also Ms Bullard, knows that I was send here for Mental Health not stating what reason and I was already evaluated before I left Rogers a mental Health 2. I was highly destrominated on for no reason.

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

I will like for the court to reward me on Pain and suffering and for the time a lost that I could have been working and also destremination of my ability.

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the *Federal Rules of Civil Procedure.*

Signed this _____ day of _____, 19 2014.

_Jaron Demard Hurks_
PLAINTIFF